# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    WILLLIAM NICKS JR
    KIMBERLIN NICKS
        Debtor(s)

Case No. 18-03661

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/09/2018.

2) The plan was confirmed on 06/26/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/24/2019.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,110.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$2,110.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,197.34 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $91.62 |
| Other | $407.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,695.96**

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ATI PHYSICAL THERAPY | Unsecured | 1,260.31 | NA | NA | 0.00 | 0.00 |
| BIG PICTURE LOANS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 474.80 | 474.80 | 0.00 | 0.00 |
| CELTIC BANK/CONTFINCO | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 853.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,500.00 | 2,849.00 | 2,849.00 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | NA | 76.14 | 76.14 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 400.00 | 360.13 | 360.13 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 900.00 | 238.40 | 238.40 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 900.00 | 1,528.28 | 1,528.28 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 1,000.00 | 2,167.00 | 2,167.00 | 135.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 6,954.57 | 6,954.57 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 29,000.00 | 30,493.01 | 30,493.01 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 627.00 | 732.18 | 732.18 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 9,206.37 | 9,206.37 | 0.00 | 0.00 |
| Mabt/Contfin | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| Mabt/Contfin | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT INC | Unsecured | 764.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT INC | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT INC | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK | Unsecured | 425.00 | 425.33 | 425.33 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | NA | 5,462.15 | 5,462.15 | 0.00 | 0.00 |
| NATIONAL QUIK CASH | Unsecured | 500.00 | 381.74 | 381.74 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 122.27 | 122.27 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Unsecured | 5,271.00 | 4,846.63 | 4,846.63 | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Secured | 5,000.00 | 5,450.00 | 5,000.00 | 136.94 | 142.10 |
| QUANTUM3 GROUP LLC | Unsecured | 1,065.00 | 1,065.59 | 1,065.59 | 0.00 | 0.00 |
| RIVER FOREST DENTAL | Unsecured | NA | 2,721.10 | 2,721.10 | 0.00 | 0.00 |
| RMP | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 865.79 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 1,634.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 94.32 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 871.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 7,875.00 | 8,715.54 | 8,715.54 | 0.00 | 0.00 |
| SONNENSCHEIN FINANCIAL SERVIC | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Service | Unsecured | 1,722.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 24,363.00 | 64,084.88 | 64,084.88 | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 11,079.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 10,537.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 7,504.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 6,911.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 3,619.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 6,911.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,715.54 | $136.94 | $142.10 |
| All Other Secured | $2,167.00 | $135.00 | $0.00 |
| **TOTAL SECURED:** | **$15,882.54** | **$271.94** | **$142.10** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,482.85 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$8,482.85** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$123,539.72** | **$0.00** | **$0.00** |

| Disbursements: | |
| --- | --- |
| Expenses of Administration | $1,695.96 |
| Disbursements to Creditors | $414.04 |
| **TOTAL DISBURSEMENTS** : | **$2,110.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/07/2019                    By: /s/ Tom Vaughn
                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**